UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00096

**Tiffany Hawkins, Individually and On Behalf of All Others Similarly Situated,**
*Plaintiff,*

v.

**Tyler Memory Care Properties, LLC d/b/a Oak Hills Terrace Memory Care,**
*Defendant*

# ORDER

Before the court is the parties' joint motion to dismiss this case with prejudice. Doc. 54. Private settlement agreements under the Fair Labor Standards Act that resolve claims for overtime compensation must be approved by the court. *See Bodle v. TXL Mortg. Corp.*, 788 F.3d 159, 163 (5th Cir. 2015). Having reviewed the parties' settlement agreement (Doc. 57), the court finds that it meets the *Bodle* standard. All claims in this matter are dismissed with prejudice. Any pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on July 13, 2021.*

J. CAMPBELL BARKER
United States District Judge